**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

DENNIS PRINDABLE,              )
                                       )
               Plaintiff,        )
                                       )
vs.                                   )    Case No. 16-cv-01363-JPG-CJP
                                       )
NANCY A. BERRYHILL,         )
Acting Commissioner of Social Security,   )
                                       )
             Defendant.[1]   )

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. §405(g).

Judgment is entered in favor of plaintiff, Dennis Prindable, and against defendant, Nancy A. Berryhill, Acting Commissioner of Social Security.

DATED: October 26, 2017

                                           **JUSTINE FLANAGAN,**
                                           **Acting Clerk of Court**

                                           **BY: s/Tina Gray,**
                                               **Deputy Clerk**

**Approved:**
**s/  *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. *See Casey v. Berryhill*, 853 F.3d 322 (7th Cir. 2017). She is automatically substituted as defendant in this case. *See* Fed. R. Civ. P. 25(d); 42 U.S.C. §405(g).